RECEIVED
SDNY PRO SE OFFICE
2026 JUL 21 PM 3:59

July 21 2026

U.S Courts
Southern District of New York
500 Pearl Street
New York NY 10007

26-cv-3937

# Motion to Redact Medical Information

I, Jacquelyn Harrington, request that all courts in the Southern District of New York, redact sensitive personal medical information of my person pertaining to, my social security, medical provider, genealogical background, and release authorizations not including for criminal cases or reported to police. I request that court case 1:26-CV-03937-LTS redact identifying ID numbers, case numbers, and other sensitive personal information given to the court on documents pertaining to medical release authorizations, such as my signature, my birth date, my social security number, my address, my email, and my phone number.

Respectfully,

J Harrington

**Confidential**

GRANTED IN PART. The Clerk of Court is respectfully directed to seal Dkt. 26 because it is replete with sensitive personal medical information. In the future, if plaintiff wants to file something that warrants sealing, she should submit a letter explaining why sealing is warranted and provide both clean and redacted copies of her submission to the Clerk's office.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 35.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 28, 2026