UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELYN J. HARRINGTON,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

26-CV-3937 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court's October 23, 2026 Order directed plaintiff to update her address with the Court by December 22, 2026 and stayed defendants' deadlines to comply with the Court's *Valentin* order, respond to the Complaint, and submit a proposed case management plan until plaintiff provides updated contact information. Plaintiff has not yet updated her information.

The initial pretrial conference scheduled for November 19, 2026 is therefore adjourned to 1:30 pm on January 21, 2027.

SO ORDERED.

Dated: November 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge